Filed 3/17/25  P. v. Perez CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>　　Plaintiff and Respondent,<br><br>v.<br><br>DAISY HERNANDEZ PEREZ,<br><br>　　Defendant and Appellant. | 2d Crim. No. B337584<br>(Super. Ct. No. 2022028320)<br>(Ventura County) |

Daisy Hernandez Perez appeals an order revoking probation and sentencing her to a two-year middle-term in county jail.  We affirm.

On March 20, 2023, Perez waived her rights to a preliminary examination and trial and pleaded guilty to a charge of conspiracy to commit shoplifting.  (Pen. Code, §§ 182, subd. (a)(1), 459.5.)  The criminal offenses concerned Perez and a codefendant shoplifting power tools from Home Depot.  The trial court suspended imposition of sentence and placed Perez on two years' formal probation with terms and conditions, including service of 60 days in county jail.

On August 1, 2023, the probation officer charged Perez with violating the terms of her probation by failing to report to her probation officer and to test for alcohol and controlled substances. Perez admitted the probation violations. The trial court reinstated the probation order and required Perez to serve an additional 90 days in county jail.

On November 21, 2023, the probation officer charged Perez with violating the terms of her probation by failing to report to her probation officer, test for alcohol and controlled substances, and associating with a person with whom she was ordered to have no contact. Perez admitted the violations but later failed to appear at a sentencing hearing. The trial court then issued a bench warrant. On March 21, 2024, the court revoked the grant of probation and sentenced Perez to a two-year jail term.

We appointed counsel to represent Perez in this appeal. After counsel's examination of the record, he filed an opening brief raising no issues.

On November 20, 2024, we advised Perez that she had 30 days within which to personally submit any contentions or issues that she wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that Perez's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment (order) is affirmed.

NOT TO BE PUBLISHED.

GILBERT, P. J.

We concur:

YEGAN, J.        CODY, J.

2

Charmaine H. Buehner, Patricia M. Murphy, Judges

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.